# __Jason Chodos – Pro Hac Vice Information__

| __Court__ | __Date Admitted__ | __Bar Number (if applicable)__ |
|---|---|---|
| Florida | 9/21/2006 | 025823 |
| District of Columbia | 3/6/2009 | 986485 |
| New York | 9/23/2015 | 5374418 |
| S.D. Fla. | 7/20/2007 | |
| M.D. Fla. | 12/9/2008 | |
| N.D. Fla. | 6/21/2010 | |
| D. Colo. | 6/26/2020 | |
| N.D. Tx. | 6/28/2023 | 025823FL |
| S.D. Tx. | 11/1/2023 | FL025823 |
| W.D. Wisc. | 8/16/2024 | |
| E.D. Wisc. | 5/27/2025 | |
| N.D. Ohio | 1/6/2025 | NY5374418 |
| S.D. Ill. | 4/21/2025 | |
| D. New Mexico | 6/5/2025 | 25-225 |
| U.S. Court of Appeals, 11th Circuit | 4/18/2011 | 017048309 |
| U.S. Court of Appeals, 5th Circuit | 8/14/2025 | |
| U.S. Supreme Court | 4/28/2014 | |